UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-60410-CV-MIDDLEBROOKS/Augustin-Birch

LIOBEL CASTENEDA FRENES,

    Petitioner,

v.

KELLY WALKER, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 2, 2026. (DE 6). The Report recommends granting in part Petitioner Liobel Casteneda Frenes's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on March 9, 2026 (DE 7). Petitioner has not filed a Reply; however, I find none to be necessary.

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Casteneda Frenes's Petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Respondent's Objections to the Magistrate's Report (DE 7) are **OVERRULED.**

(2) Magistrate Judge Augustin-Birch's Report (DE 6) is hereby **ADOPTED.**

(3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is

    **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 13 of March, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Augustin-Birch;
Counsel of Record;